IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00680-LTB

PAUL MONTOUR,

    Plaintiff,

v.

RICKY LEIHL, Jefferson County Sheriff's Department, and
CINDY KERRIGAN, Aromark Foods Supervisor c/o J.C.S.D.,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 14, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 14 day of May, 2013.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/E. Van Alphen
                              Deputy Clerk